## Detrick *v.* Philip Morton Co.

OPINION BY MR. JUSTICE SCHAFFER, January 3, 1923:

This is a companion case to Simonton v. Morton (opinion handed down herewith); the decision reached in that case controls this one. Detrick, the plaintiff, while working for Simonton, was injured, made claim against Morton for compensation and obtained an award. Our determination that Simonton was an independent contractor precludes a recovery against defendant.

The judgment is reversed and is here entered for defendant.